UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 18-cr-10083-DJC |
| CHARLIE JINAN CHEN ) | |
| ) | |
| Defendant. ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL

The United States of America, by and through undersigned counsel, respectfully moves this Honorable Court to continue the currently scheduled trial date of March 25, 2019 to a date convenient for the parties and the Court. In support, the government states as follows:

1. Undersigned counsel is currently scheduled to begin trial in the matter of *United States v. Saemisch*, 16-cr-10174-GAO on March 4, 2019.

2. The United States anticipates the *Saemisch* matter will finish during the week of March 11th, which would leave the government with less than two-weeks to finalize its preparations for trial in this matter.

3. The government seeks a continuance in the instant case rather than the *Saemsich* matter because that case has been continued several times since 2016 and involves a detained defendant.

4. No prior continuances have been sought in the instant case and the defendant is not detained.

5. On January 28, 2019, the government conferred with Mr. Chen's counsel, Attorneys Valerie Carter and Dennis Carter, regarding the instant motion. Mr. Chen's attorneys

assented to the government's requested continuance, but also indicated that, due to scheduling conflicts, the earliest defense counsel is free to try the case is May 28, 2019.

6. Should the Court grant the requested continuance, defense counsel also agrees to exclude the time from the Speedy Trial Act.

7. Accordingly, the government respectfully requests the Court continue the trial in the instant matter to a date convenient to the parties and the Court on or after May 28, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: January 28, 2019          By:     /s/ *Jordi de Llano*
                                        Jordi de Llano
                                        David London
                                        Assistant United States Attorneys

# CERTIFICATE OF SERVICE

I, Jordi de Llano, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: January 28, 2019          /s/ *Jordi de Llano*
                                Assistant United States Attorney