UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18 CR 10083 DJC |
| | ) | |
| CHARLIE JINAN CHEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION TO CONTINUE TRIAL**

The defendant, Charlie Chen, requests that this Court postpone the currently scheduled March 26, 2019 trial to a date in mid-August on the grounds that the postponement is in the interest of justice, as will be detailed below.

1. We are cognizant of the fact that this Court respectfully denied the Government's assented to request to postpone the trial (see Docket # 71). Defendant requests reconsideration supported by the additional facts recited herein."

2. The Indictment against Chen for insider trading was filed less than a year ago on April 3, 2018. In that time the parties have been working assiduously to prepare the case. It is a document intensive case involving trading records, telephone records, FINRA records, and the like spanning two years. Beyond those records there are also thousands of pages of other documents produced by the government. In addition, Chen has made other discovery requests on the government and together they have been working cooperatively in producing further records. Both parties have been working diligently since inception of this case. Chen needs more time to effectively prepare for trial.

3. The first trial deadline is March 7, 2019 at which time motions in limine are due and other trial deadlines follow each week until the Pre Trial Conference on March 20, 2019. Preparation of the case to comply with those deadlines will be burdensome. Chen, who is not in custody, is taking an active role in assisting the undersigned in preparing his defense. It is a labor intensive undertaking and he has requested this continuance to enable him to continue working on his defense in an effective manner.

4. Further, Chen continues working full-time while the case is pending to meet his financial obligations, one of which is his defense costs. Defense counsel do not want to request withdrawal of their appearance on those grounds and a continuance will obviate that potential. Chen has been in compliance with all his conditions of release since inception of the case and there is no risk to the public if a continuance is granted.

5. Counsel to the government and Chen have carefully examined their schedules in an effort to minimize a delay in trying the case and given our respective work and family commitments, the best weeks are either August 12th, August 19th or August 26th to reschedule the trial date. Given the fact that there have been no postponements in this case to date, this request for a postponement is consistent with other similar document-intensive criminal cases in this Court in which a trial infrequently occurs less than one year after Indictment.

6. Further, a close family member of defense counsel (mother and son) recently had surgery and is currently undergoing further treatment for a rare form of cancer and we would like the opportunity to assist in his care to provide support and comfort. If the

Court would like specifics, we would communicate them in a non-public manner to the Court.

7. We consulted with the government about this Motion for Continuance and they have no objection to it and will not oppose it.

CHARLIE JINAN CHEN
By his attorneys,

*/s/ Valerie S. Carter*
Valerie S. Carter, BBO No. 545412
Dennis C. Carter, BBO No. 670187
CARTER & DOYLE LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
781.235.4400
vcarter@carterdoyle.com
dcarter@carterdoyle.com

DATED: February 14, 2019

## **CERTIFICATE OF SERVICE**

I certify that, on February 14, 2019, this document filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Valerie S. Carter*
Valerie S. Carter, Esquire